Atlantic County
Department of Law

Dennis Levinson
*County Executive*

N. Lynne Hughes, Esq.
*Department Head*
*County Counsel*

609/343-2279 FAX: 343-2373
TDD: 343-5551

Office of the Adjuster
609/343-2361 FAX: 343-2322

May 9, 2025

*Via Electronic Filing*
Georgette Castner, U.S.D.J.
U.S. District Court, Trenton
Clarkson S. Fisher Building
& U.S. Courthouse
402 State Street
Trenton, NJ 08608

***RE: Robinson v. Warden Michael Kelly, Case No. 3:24-cv-09178-GC-JTQ***

Dear Judge Castner:

My office represents the Defendants, Warden Michael Kelly, Officer Neketa Layne, County of Atlantic, Sheriff Eric Scheffler and Atlantic County Sheriff's Office. All defendants to which my office represents are located in Atlantic County. This matter has currently been assigned to the Third Circuit, Trenton, New Jersey. I have spoken with Plaintiff's Counsel in this matter and was advised that he intended to have matter filed in the Camden, New Jersey vicinage. Please note that my office upon receiving the Complaint noted that the case had two different docket numbers. One indicating Camden vicinage, Case No. 1:24-cv-09178 and the other for Trenton vicinage, Case No. 3:24-cv-09178-GC-JTQ.

We seek permission from the Court to file a motion to have this matter removed to Camden as Trenton is a forum non conveniens or in the alternative simply transfer as we have consent from our adversary. If this matter remains in Trenton it would be at great expense and costs to the Atlantic County taxpayer and limit the defense needed as many witnesses and experts will be unwilling to participate for not wanting to travel such a great distance. Plaintiff's Counsel does consent to having the matter transferred to Camden vicinage.

Respectfully submitted,

/s/ Murianda L. Ruffin

Murianda L. Ruffin, Esquire
Attorney for Defendants, Warden Michael Kelly, Officer Neketa Layne, County of Atlantic, Sheriff Eric Scheffler and Atlantic County Sheriff's Office.

The request to transfer this case to the Camden vicinage is **GRANTED.** The Clerk of the Court is directed to transfer this case to the Camden vicinage.

**It is so ordered this** 15th **day of** May**, 20**25

Georgette Castner

**Georgette Castner, U.S.D.J.**