ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
Phone: 609-343-2279
**Murianda L. Ruffin**, Assistant County Counsel (ID:011732000)
Attorney for Defendants Michael Kelly, Officer Naketa Layne and County of Atlantic

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

|  |  |
|---|---|
| BETTINA ROBINSON, Individually and as Administratrix Ad Prosequendum to the Estate of HASSAN ROBINSON<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN MICHAEL KELLY in his individual capacity, OFFICER NAKETA LAYNE, COUNTY OF ATLANTIC, JOHN DOES 1-20 (fictitious names) in their individual capacities, and ABC ENTITIES 1-10 (fictitious entities), j/s/a<br><br>    Defendants. | Civil Action No.: 3:24-cv-09178-GC-JTQ<br><br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 12(b)(6) ON BEHALF OF DEFENDANTS WARDEN MICHAEL KELLY, OFFICER NAKETA LAYNE and COUNTY OF ATLANTIC** |

To:    Samuel D. Jackson, Esquire
       Radcliff Jackson, LLP
       811 Church Road, Suite 105
       Cherry Hill, NJ  08002
       *Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that on April 6, 2026 at 9:00 A.M. in the forenoon, or as

soon thereafter as counsel may be heard, the undersigned will apply to the United States

District Court for the District of New Jersey, Trenton Vicinage, located at Clarkson S. Fisher

Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey on a date and time to

be set by the Court for an Order granting dismissal of Plaintiff's Complaint in favor of the

Defendants, Warden Michael Kelly, Officer Naketa Layne and County of Atlantic, pursuant to Fed. R. Civ. P. 12(b)(6).

Defendants are seeking an Order dismissing Plaintiff's Complaint with prejudice.

In support of the Motion, Defendants shall rely upon their Brief in support of Motion to Dismiss, and Certification of Counsel with Exhibit A, attached hereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78, the undersigned waives oral argument and consents to disposition on the moving papers. In the event opposition is filed, the undersigned hereby requests that this matter be listed for oral argument.

A proposed form of Order is attached hereto.

ATLANTIC COUNTY DEPARTMENT OF LAW

BY: *s/ Murianda L. Ruffin*
Murianda L. Ruffin, Assistant County Counsel
Attorneys for Defendants Warden Michael Kelly
Officer Naketa Layne and County of Atlantic

Dated:  March 13, 2026