ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
Phone: 609-343-2279
**Murianda L. Ruffin**, Assistant County Counsel (ID:011732000)
Attorney for Defendants Warden Michael Kelly, Officer Naketa Layne and County of Atlantic

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

|  |  |
|---|---|
| BETTINA ROBINSON, Individually and as Administratrix Ad Prosequendum to the Estate of HASSAN ROBINSON <br><br> Plaintiff, <br><br> v. <br><br> WARDEN MICHAEL KELLY in his individual capacity, OFFICER NAKETA LAYNE, COUNTY OF ATLANTIC, JOHN DOES 1-20 (fictitious names) in their individual capacities, and ABC ENTITIES 1-10 (fictitious entities), j/s/a <br><br> Defendants. | Civil Action No.: 3:24-cv-09178-GC-JBD <br><br><br> **CERTIFICATION OF COUNSEL** |

MURIANDA L. RUFFIN, ESQUIRE, being of full age, do hereby certify as follows:

1. I am an Attorney at Law admitted to practice in the State of New Jersey and the United States District Court, for the District of New Jersey, employed as Assistant County Counsel for the County of Atlantic, and am entrusted with the handling of this matter on behalf of the Defendants, Warden Michael Kelly, Officer Naketa Layne and County of Atlantic.

2.      I make this Certification in support of the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) filed herewith, based on personal knowledge and following review of records related to this and other matters.

3.      I hereby certify that the Exhibit attached to the within Motion to Dismiss is a true and exact copy of the following document:

A.      Amended Complaint

**CERTIFICATION PURSUANT TO 28 U.S.C. §1746**

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ATLANTIC COUNTY DEPARTMENT OF LAW

BY: _s/ Murianda L. Ruffin_____

Murianda L. Ruffin, Assistant County Counsel
Attorneys for Defendants Warden Michael Kelly, Officer Naketa Layne and County of Atlantic

Dated:  March 13, 2026

2