ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
Phone: 609-343-2279
**Murianda L. Ruffin**, Assistant County Counsel (ID:011732000)
Attorney for Defendants Michael Kelly, Officer Naketa Layne and County of Atlantic

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| BETTINA ROBINSON, Individually and as Administratrix Ad Prosequendum to the Estate of HASSAN ROBINSON<br><br>        Plaintiff,<br><br>v.<br><br>WARDEN MICHAEL KELLY in his individual capacity, OFFICER NAKETA LAYNE, COUNTY OF ATLANTIC, JOHN DOES 1-20 (fictitious names) in their individual capacities, and ABC ENTITIES 1-10 (fictitious entities), j/s/a<br><br>        Defendants. | Civil Action No.: 3:24-cv-09178-GC-JTQ<br><br><br>**CERTIFICATION OF SERVICE** |

**CERTIFICATION OF SERVICE**

I,  Murianda L. Ruffin, Esquire, hereby certify that true and complete copies of the foregoing have been served this 13th day of March, 2026, via CM/ECF, to counsel of record.

ATLANTIC COUNTY DEPARTMENT OF LAW

BY: *s/ Murianda L. Ruffin*

Murianda L. Ruffin, Assistant County Counsel
Attorneys for Defendants

Dated:  March 13, 2026