ATLANTIC COUNTY DEPARTMENT OF LAW
1333 Atlantic Avenue, 8th Floor
Atlantic City, NJ 08401
Phone: 609-343-2279
**Murianda L. Ruffin**, Assistant County Counsel (ID:011732000)
Attorney for Defendants, Warden Michael Kelly, Officer Naketa Layne and County of Atlantic

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| BETTINA ROBINSON, Individually and as Administratrix Ad Prosequendum to the Estate of HASSAN ROBINSON<br><br>      Plaintiff,<br><br>v.<br><br>WARDEN MICHAEL KELLY in his individual capacity, OFFICER NAKETA LAYNE, COUNTY OF ATLANTIC, JOHN DOES 1-20 (fictitious names) in their individual capacities, and ABC ENTITIES 1-10 (fictitious entities), j/s/a<br><br>      Defendants. | Civil Action No.: 3:24-cv-09178-GC-JBD<br><br>**PROPOSED ORDER** |

**THIS MATTER** having been brought before the Court by application of Atlantic County Counsel's Office, attorneys for defendants, Warden Michael Kelly, Officer Naketa Layne and County of Atlantic, and the Court having reviewed the submissions of the parties, and for good cause appearing;

**IT IS** on this _____ day of _____, 2026 **ORDERED** that Plaintiff's Complaint against defendants, Warden Michael Kelly, Officer Naketa Layne and County of Atlantic, is hereby dismissed with prejudice for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6).

                                _____
                                Honorable Georgette Castner, U.S.D.J.