

# Atlantic County
## Department of Law

**Dennis Levinson**
*County Executive*

March 30, 2026

N. Lynne Hughes, Esq.
*Department Head*
*County Counsel*

609/343-2279   FAX: 343-2373
TDD: 348-5551

Office of the Adjuster
609/343-2361   FAX: 343-2322

*Via Electronic Filing*
Georgette Castner, U.S.D.J.
U.S. District Court, Trenton
Clarkson S. Fisher Building
& U.S. Courthouse
402 State Street
Trenton, NJ  08608

> **RE:  *Bettina Robinson for the Estate of Hassan Robinson v. Warden Michael Kelly,*
> *Case No. 3:24-cv-09178-GC-JTQ***

Dear Judge Castner:

My office represents the Defendants, Warden Michael Kelly, Officer Neketa Layne, and County of Atlantic.

Defendants' counsel filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on March 13, 2026.  The return date is April 6, 2026, *see* Set Deadlines by the Court, **Exhibit A**. Plaintiff filed an Opposition on March 27, 2026 at 11:57 pm, thereby not timely since the deadline for an Opposition was March 23, 2026.  Defendants' counsel is seeking to strike the Opposition by Plaintiff.  However, if the Court should decide to accept the late filing,  Defendants are seeking an extension to file a Reply to April 7, 2026.  Please note Atlantic County Law Department is closed on Friday, April 3, 2026.

Thank you for your time and consideration.

Respectfully submitted,
*/s/ Murianda L. Ruffin*
Murianda L. Ruffin, Esquire, Attorney for Defendants, Warden Michael Kelly,  Officer Neketa Layne, and County of Atlantic

cc: Counsel of Record, *via electronic filing only*



1333 Atlantic Avenue  •  Atlantic City, New Jersey  08401-8278
Visit our web site at http://www.aclink.org
*Atlantic County is an Equal Opportunity Employer*



**Florio_Toni**

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Monday, March 16, 2026 9:46 AM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 3:24-cv-09178-GC-JTQ ROBINSON v. KELSEY et al Set/Reset Motion and R&R Deadlines/Hearings |

**EXHIBIT A**

** WARNING: This email originated from outside of the Atlantic County Government Email System. DO NOT CLICK links or open attachments unless you recognize the sender and are expecting the email. Please make sure the actual sending email address is what you are expecting not just sender name. **

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 3/16/2026 at 9:46 AM EDT and filed on 3/16/2026

| | |
|---|---|
| **Case Name:** | ROBINSON v. KELSEY et al |
| **Case Number:** | 3:24-cv-09178-GC-JTQ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set Deadlines as to [47] MOTION to Dismiss *pursuant to Fed.R.Civ.P. 12(b)(6)*. Motion set for 4/6/2026 before Judge Georgette Castner. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk's Office and does not supersede any previous or subsequent orders from the Court. (dmr3)**

**3:24-cv-09178-GC-JTQ Notice has been electronically mailed to:**

MURIANDA L. RUFFIN    Ruffin_Murianda@aclink.org, florio_toni@aclink.org

SAMUEL JACKSON    sam@ratliffjackson.com, notices@ratliffjackson.com